Patrick D. Shea, Appellant, v. The City of New York, Respondent.— In this action, brought, pursuant to section 500 of the Real Property Law, to obtain

the cancellation of a tax of $890.50 for the last half of the year 1923, which purports to be a lien against plaintiff's property, judgment dismissing the complaint on the merits unanimously affirmed, with costs. Appeal from decision dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.